# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN CENTER FOR LAW AND JUSTICE, <br>     Plaintiff, <br>   v. <br> FEDERAL BUREAU OF INVESTIGATION, <br>     Defendant. | Civil Action No. 21-932 (CKK) |

**ORDER**
(December 22, 2023)

In light of the parties' [46] Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is, this 22nd day of December, 2023, hereby

**ORDERED** that this case is **DISMISSED with prejudice**.

**SO ORDERED.**

                                                            /s/
                                                  COLLEEN KOLLAR-KOTELLY
                                                  United States District Judge